# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GREGORY LLOYD WARD,

    Plaintiff,

v.

DOUGLAS C. GILLESPIE, *et al.*,

    Defendants.

Case No. 2:09-CV-02378-KJD-PAL

**ORDER**

    Court mail has been returned from High Desert State Prison, the location and address at which Plaintiff indicated he was incarcerated, with a United State Postal Service ("USPS") label indicating that Plaintiff was not known and the USPS was unable to forward the mail. The envelope also contained a handwritten notation indicating that Plaintiff had been paroled. As Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him to promptly inform the Court of any changes in address,

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice.

    DATED this 6th day of January 2011.

_____
Kent J. Dawson
United States District Judge